UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN A. DARBONNE     CIVIL ACTION

VERSUS

17-371-SDD-RLB

NANCY A. BERRYHILL

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated August 31, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the decision of the Commissioner is hereby REVERSED, and this matter is REMANDED for further proceedings consistent with this *Ruling*.

Signed in Baton Rouge, Louisiana on September 20, 2018.

*Shelly Dick*

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.